NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM A. PIERCE,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-4537
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____      )

Opinion filed September 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

William A. Pierce, pro se.

PER CURIAM.

                    Affirmed.

NORTHCUTT, LaROSE, and SMITH, JJ., Concur.